UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x   MH8329

SCOTT WEISS,

                    Plaintiff,

- against -

ROYAL AIR MAROC,

                    Defendant.

------------------------------------------------ x

Civil Action No.
08 Civ 4527 (RWS)

**ANSWER**

Defendant ROYAL AIR MAROC ("RAM"), by and through its attorneys Condon & Forsyth LLP as and for its Answer to the Notice of Claim and Summons to Appear:

1. Denies the allegations in the Notice of Claim and Summons to Appear.

## AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

2. The Notice of Claim and Summons to Appear fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

3. The transportation out of which the subject matter of this action arose was "international transportation" within the meaning of the Convention for the Unification of Certain Rules for International Carriage by Air, opened for signature on 29 May 1999 *reprinted in* S. Treaty Doc. 106-45, 1999 WL 33292834 (entered into force November 4, 2003) (hereinafter "Montreal Convention") and the rights of the parties are subject to, limited by or barred pursuant to the provisions of the Montreal Convention.

## AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

4. Defendant RAM's liability to plaintiff is barred by plaintiff's failure to have timely checked in for his flight on RAM pursuant to the rules and regulations of RAM.

WHEREFORE, defendant ROYAL AIR MAROC demands judgment dismissing the Notice of Claim and Summons to Appear in its entirety or, together with the costs and disbursements of this action and such other and further relief which this Court deems just and proper.

Dated: New York, New York
May 15, 2008

CONDON & FORSYTH LLP

By _____
Michael J. Holland
MH 8329
A Partner of the Firm
Attorneys for Defendant
ROYAL AIR MAROC
7 Times Square
New York, New York 10036
(212) 490-9100

TO: Mr. Scott Weiss
Plaintiff *Pro Se*
360 West 43rd Street
Apartment S4P
New York, New York 10036
(914) 589-7933

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK    )

       Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on the 15th day of May, 2008 deponent served the within Answer upon:

    Mr. Scott Weiss
    360 West 43rd Street
    Apartment S4P
    New York, New York  10036

       At the addresses designated by said individual for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                         Mary Ann Rooney

Sworn to before me this
15th day of May, 2008

_____
Notary Public

        MICHAEL J HOLLAND
   Notary Public, State of New York
         No. 41-4501283
     Qualified in Nassau County
 Commission Expires August 31, 2009