UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- x    MH8329

SCOTT WEISS,

                Plaintiff,

          - against -

ROYAL AIR MAROC,

                Defendant.

-------------------------------------------- x

Civil Action No.
08 Civ 4527 (RWS)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-entitled action is hereby dismissed with prejudice and without costs and that an order may be entered to that effect.

Dated:    New York, New York
             July 31, 2008

_____
Scott Weiss
Plaintiff *Pro Se*
360 West 43rd Street
Apartment S4P
New York, New York  10036
(914) 589-7933

CONDON & FORSYTH LLP

By _____
Michael J. Holland (MH 8329)
A Partner of the Firm
7 Times Square
New York, New York  10036
(212) 490-9100

Attorneys for Defendant
Royal Air Maroc

SO ORDERED:

_____
    U.S.D.J.